**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO,**

**RECIPROCITY COMMITTEE OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO,**

**TRUSTEES OF THE PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND**

**RECIPROCITY ADMINISTRATIVE SERVICES, INCORPORATED**

**Movants,**

**ROBERT BRADLEY NORRIS, individually and on behalf of all others similarly situated, PLAINTIFFS,**

**Plaintiffs,**

**vs.**

**LAWRENCE J. MAZZOLA, JR.; ROBERT E. BUCKLEY, JR.; ARMAND KILIJIAN; SCOTT STRAWBRIDGE; FRED NURISSO; DANIEL ORSOT; MILT GOODMAN; STEVE JENNINGS; WILLIAM BLACKWELL; FRANK REARDON; JOHN CHIARENZA; TONY GUZZETTA; R.J. FERRARI, in their current or former capacities as trustees or fiduciaries of the United Association Local 38 Defined Benefit Pension Plan; PETER MACHI, in his capacity as administrator of the United Association Local 38 Defined Benefit Pension Plan,**

**Defendants.**

**Original Civil Action No.:3:15-CV-4962-JSC(N.D. Cal.)**

**Misc. Action No. __________**

**MOTION TO QUASH**

Pursuant to Rule 45, non-parties the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO ("UA"), the Reciprocity Committee, a standing committee of the UA, the Plumbers and Pipe Fitters National Pension Fund ("NPF") and Reciprocity Administrative Services, Inc. ("RASI") move for an order:

(1) Quashing the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, served on each party on April 20, 2017, that was issued by the Defendants in the case of *Norris v. Mazzola, Jr.*, Case No. 15-cv-4962 (N.D. Cal. filed Oct. 28, 2015) ("Norris Action"), returnable in the District of Columbia on May 1, 2017.

A Memorandum of Points and Authorities, Proposed Order, and Declaration of Louis P. Malone III with Exhibits are also submitted in support of this Motion.

Respectfully submitted,

By: Louis P. Malone III

Louis P. Malone III, Bar No. 365090
Counsel for Movants
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Ave., NW
Washington, DC 20016
Telephone No.: (202) 362-0041
Facsimile No.: (202) 237-1200
lmalone@odonoghuelaw.com

Dated: May 1, 2017

286960_1